**U.S. UNDERWRITERS INSURANCE CO., Plaintiff–Counter–Defendant–Appellee,**

**v.**

**614 CONSTRUCTION CORP., 626 Emmut Properties, Ltd., Defendants–Counter–Claimants Appellants,**

**Emmut Properties Corp., Steadman Wilson, Defendant–Counter–Claimant.**

**No. 01–7715.**

United States Court of Appeals, Second Circuit.

Jan. 15, 2002.

Milton Thurm, Esq., Thurm & Heller, LLP, New York, NY; L. Lynnette Sarno, Esq., on the brief, for Plaintiff–Counter–Defendant–Appellee.

Richard Stelnik, Esq. New York, NY, for Defendants–Counter–Claimants–Appellants.

Present FEINBERG, KATZMANN, Circuit Judges, GLEESON,[1] District Judge.

## SUMMARY ORDER

UPON CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court is AFFIRMED, substantially for the reasons stated in the District Court's Memorandum Opinion and Order, dated May 15, 2001, granting appellee's motion for summary judgment.

We have considered all of the appellants' contentions on this appeal. The judgment of the District Court is AFFIRMED.

---

1. The Honorable John Gleeson of the United States District Court for the Eastern District of New York, sitting by designation.